# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0635
Lower Tribunal No. 2010-CF-7416-A

_____

LESHAWNA ISSAC,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

November 4, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and BROWNLEE, JJ., concur.

Leshawna Issac, Ocala, pro se.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED